UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RODNEY EMORY, SEAN M. SMITH, JULIUS HALL, and MALIK MASSSEY,<br><br>    Plaintiff,<br><br>  v.<br><br>GREYHOUND BUS LINES, INC., et al.,<br><br>    Defendants. | HONORABLE JOSEPH E. IRENAS<br><br>CIVIL ACTION NO. 10-6358 (JEI/KMW)<br><br>**ORDER ADOPTING MAGISTRATE WILLIAMS' REPORT AND RECOMMENDATION GRANTING DEFENDANTS' MOTION TO DISMISS (Dkt. No. 24)** |

**IRENAS**, Senior District Judge:

   This matter having appeared before the Court on Magistrate Williams' Report and Recommendation; the parties having made no objection; and for good cause appearing:

   (1) On November 15, 2011, Defendants filed a Motion to Dismiss. (Dkt. No. 23) The Motion went unopposed. On February 15, 2012, Magistrate Judge Williams issued a Report and Recommendation granting the Motion. (Dkt. No. 24)  Neither party has filed an objection.

   (2) This Court reviews the Magistrate's Report and Recommendation pursuant to 28 U.S.C. § 636 and Fed. R. Civ. P. 72(b)(3). "A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the

1

magistrate judge." 28 U.S.C. § 636(b)(1); *see also, U.S. v. Raddatz*, 447 U.S. 667, 680 (1980) (stating that the district court judge has broad discretion in accepting or rejecting the magistrate's recommendation). Accordingly,

IT IS on this  1st  day of March, 2012,

**ORDERED THAT:**

This court adopts the Magistrate's Report and Recommendation in full. Defendants' motion to dismiss is GRANTED.

                                              /s/ Joseph E. Irenas  
                                            **JOSEPH E. IRENAS, S.U.S.D.J.**